# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 9, 2021

Lyle W. Cayce
Clerk

No. 21-60434

Mario Derrell Jones,

*Plaintiff—Appellant*,

*versus*

Great Southern National Bank; Raymond Jail; Jackson Police Department; Cassandra Kauerz; Stephen Hatchett, District Attorney; Lieutenant Bobby Queen; Officer Fred Sullivan; Kenneth Wilson; Brett Trotter; Franklin Chancey; Eileen Parrish; Bryan Hoss; Judge Carroll Ross; Judge Amy Reedy; Doctor James Sego; Alvin Paschal; District Attorney General Steve Bebb; 10th Judicial Drug Task Force; Bradley County District Attorney General's Office; Bradley County Sheriff's Office; Pamela Hancock; William Hammack,

*Defendants—Appellees*.

Appeal from the United States District Court of the
Southern District of Mississippi
Civil Action No. 3:20-cv-77

Before King, Costa, and Ho, *Circuit Judges*.

No. 21-60434

PER CURIAM:*

Mario Derrell Jones failed to timely file his Notice of Appeal within thirty days of the district court's final judgment, as required under Fed. R. App. 4(a)1(A).

We therefore dismiss this appeal for lack of subject-matter jurisdiction. Even if the court had jurisdiction to hear this appeal, we would affirm the district court's dismissal because Jones' claims are time-barred.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.